# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                              **NO. 4:04CR00169-13-BRW**

**JULIAN ALLMON**

## ORDER

Defendant's Motion for Two Point Reduction (Doc. No. 961) based on Sentencing Guideline Amendment 782 is DENIED.

Amendment 782 retroactively reduces most drug quantity base offense levels by two. However, only those defendants serving a sentence determined or affected by a range calculated using the drug quantity table, U.S.S.G. § 2D1.1, are potentially eligible for a reduction.

On July 27, 2006, Defendant was sentenced to 127 months in prison after pleading guilty to a drug conspiracy charge.[1] On February 24, 2009, Defendant was sentenced to an additional, consecutive 33 months for contempt of court.[2] The Bureau of Prisons's website indicates that Defendant is scheduled for release on May 28, 2017. Since the release date is 20 months from today, Defendant is currently serving his 33 months for contempt.

Because Defendant is presently serving his contempt sentence, not the drug sentence, he is not entitled to a reduction under Amendment 782.

IT IS SO ORDERED this 16th day of September, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 691, 700.

[2] No. 4:06CR00255-BRW, Doc. No. 102.